UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Djuan Brown and Alexander Robinson, | ) | |
| Plaintiff (s), | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| P & H Service, Inc., d/b/a Auto Spa Etc., | ) | |
| | ) | |
| Defendant(s). | ) | |

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now Plaintiffs and notifies the court of the intent to use
(Plaintiff or Defendant)

Adam Elliott, Elliott Process LLC
(name and address of process server)
6642 Clayton Rd #106

Richmond Heights, MO 63117

To serve: Defendant P & H Service, Inc. and Defendant Three Sevens, Inc. in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/07/2026
(date)

/s/ Kevin J. Dolley
(attorney for Plaintiff)

(attorney for Defendant)